IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS NWOGWUGWU, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> SPRING MEADOWS AT LANSDALE, INC., *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br> NO. 16-2663 |

# ORDER

**AND NOW**, this 18th day of May, 2017, upon consideration of the parties' joint motion for approval of settlement, (ECF No. 51), it is **ORDERED** that the motion is **GRANTED**.

It having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local rules of Civil Procedure of this Court, it is **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.